203 So.2d 89

**Edgar Frank BLANCHARD and The Home Indemnity Company**

**v.**

**Sam OGIMA, Vincent Russo d/b/a Russo Motors.**

**No. 48875.**

**Oct. 20, 1967.**

203 So.2d 89

**Walter L. GRAVES et al.**

**v.**

**TRADERS AND GENERAL INSURANCE COMPANY, Cass Collins and the Travelers Insurance Co.**

**No. 48855.**

**Oct. 20, 1967.**

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

McCALEB, J., recused.